**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     In re Daryl L. Davis

Appellate case number:   01-13-01032-CR

Trial court case number:  753744A

Trial court:                    179th District Court of Harris County

It is ordered that the motion for rehearing is **DENIED**. Jurisdiction to grant post-conviction habeas corpus relief on a final felony conviction rests exclusively with the Texas Court of Criminal Appeals. *Board of Pardons & Paroles ex rel. Keene v. Court of Appeals for the Eighth District*, 910 S.W.2d 481, 483 (Tex. Crim. App. 1995); TEX. CODE CRIM. PROC. ANN. art. 11.07 (West Supp. 2013).

It is so ORDERED.

Judge's signature:  /s/ Rebeca Huddle
                              ☐ Acting individually     ☑ Acting for the Court

Date: March 13, 2014